| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 21-48874-lsg<br>Eastern District of Michigan<br>Detroit<br>Fri Jan 21 15:00:38 EST 2022 | Chesterfield Township Water Department<br>47275 Sugarbush<br>Chesterfield, MI 48047-5156 | Chesterfield Township Water Department<br>52216 Sierra Dr.<br>Chesterfield, MI 48047-1315 |
| Comenity Bank<br>PO Box 659728<br>San Antonio, TX 78265-9728 | Comenity Ulta<br>PO BOX 182120<br>Columbus, OH 43218-2120 | Dept of Ed/Nelnet<br>3015 Parker Rd. 400<br>Aurora, CO 80014-2904 |
| James P. Frego II<br>Frego & Assc.-The Bankruptcy Law Office<br>23843 Joy Road<br>Dearborn Heights, MI 48127-1480 | Heritage Commons Condominium Association<br>c/o Michigan Collection Lawyers, PLLC<br>PO BOX 448<br>Goodrich, MI 48438-0448 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Kohl's<br>Peritus Portfolio Services II, LLC<br>PO BOX 141509<br>IRVING, TX 75014-1509 | Kohls Payment Center<br>PO Box 1456<br>Charlotte, NC 28201-1456 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Macomb County Treasurer<br>One S. Main Street<br>Mt. Clemens, MI 48043-2306 | Macomb County Treasurers Office<br>Lawrence Rocca, Treasurer<br>1 S. Main St 2nd Fl<br>Mount Clemens, MI 48043-2352 | Midland Credit Management<br>350 Camino De La Rae<br>Ste. 100<br>San Diego, CA 92108-3007 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Old Navy<br>P.o. Box 105980, Dept. 72<br>Atlanta, GA 30348-5980 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Stephanie L. Potts<br>53761 Traditional<br>New Baltimore, MI 48051-3784 | David Wm Ruskin<br>26555 Evergreen Rd Ste 1100<br>Southfield, MI 48076-4251 |
| Synchrony Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 | Aaron C. Thomas<br>1 South Main Street<br>8th Floor<br>Mount Clemens, MI 48043-2306 | U.S. Department of Education c/o Nelnet<br>US Department of Education c/o Nelnet<br>121 S 13th St.<br>Lincoln, NE 68508-1904 |
| U.S. Trustee<br>211 W. Fort Street<br>Suite 700<br>Detroit, MI 48226-3263 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JPMCB Card<br>PO Box 15298<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients 24<br>Bypassed recipients 0<br>Total 24 |